IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WILLIAM R. BRANNAN, #14545-078 § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22cv515 |
| § | CRIMINAL ACTION NO. 4:19cr77(1) |
| UNITED STATES OF AMERICA § | |

### ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge (Dkt. #10), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were timely filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the motion to vacate, set aside, or correct sentence is **DISMISSED** without prejudice. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

So ORDERED and SIGNED this 27th day of April, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE